IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-515-BO

| | | |
|---|---|---|
| DESHAWN WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| SECRETARY OF VETERANS AFFAIRS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court following its entry of an order directing plaintiff to show cause why this case should not be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for failure to effect service on defendant. [DE 7]. Plaintiff has failed to respond to the Court's order within the time provided or to show cause why this case should not be dismissed. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The clerk is DIRECTED to close the case.

SO ORDERED, this 23 day of February, 2019.

_Terrence Boyle_
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE